

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00323-CV

**IN RE JENNIFER VILLARREAL**

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV06504
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of appeal are taxed against the parties who incurred them.

SIGNED November 23, 2016.

_____
Rebeca C. Martinez, Justice